NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOEING COMPANY (SUCCESSOR TO MCDONNELL DOUGLAS CORPORATION),**
*Plaintiff-Appellant,*

**and**

**GENERAL DYNAMICS CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2007-5111, -5131

---

Appeals from the United States Court of Federal Claims in 91-CV-1204, Senior Judge Robert H. Hodges, Jr.

---

**O R D E R**

Upon consideration of the decision of the Supreme Court of the United States in *General Dynamics Corporation v. United States* and *The Boeing Company, Successor to McDonnell Douglas Corporation v. United States*, 131 S.Ct. 1900 (2011), vacating this court's judgment and remanding for further proceedings,

IT IS ORDERED THAT:

The mandate of this court issued on December 1, 2009 is recalled and the appeal is reinstated.

FOR THE COURT


June 30, 2011                              /s/ Jan Horbaly
————————————              ————————————
        Date                              Jan Horbaly
                                          Clerk


cc:  Paul M. Smith, Esq.
     Charles J. Cooper, Esq.
     Bryant G. Snee, Esq.
     Marcia G. Madsen, Esq.